# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2293
_____

AUSTIN SHERIDAN LOWREY II,

Appellant,

v.

VERONICA LEE PEREZ,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
David J. Oberliesen, Judge.

April 2, 2024

PER CURIAM.

DISMISSED.

BILBREY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Austin Sheridan Lowrey II, pro se, Appellant.

No appearance for Appellee.